IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr315

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| TERRY JACKSON BENNETT | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant's pro se motion dated April 24, 2006, requesting a hearing on the recent Second Superseding Indictment and requesting appointment of a federal public defender.

The Court has already granted the defendant's motion to sever the new charge added April 4, 2006. (Doc. No. 54: Order). Jury selection on the original charge is expected to begin May 8, 2006. The defendant is currently represented by retained counsel. His motion states no basis for substitution of counsel at this late date.

**IT IS, THEREFORE, ORDERED** that the defendant's pro se motion is DENIED.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: April 26, 2006

Robert J. Conrad, Jr.
United States District Judge