**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04-CR-315-RJC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **TERRY JACKSON BENNETT,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 163) filed by Joseph A. Mahoney, concerning Tori K. Shinohara on May 21, 2020. Tori K. Shinohara seeks to appear as counsel *pro hac vice* for Defendant Terry Jackson Bennett. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 163) is **GRANTED**. Tori K. Shinohara is hereby admitted *pro hac vice* to represent Defendant Terry Jackson Bennett.

Signed: May 23, 2020

David C. Keesler
United States Magistrate Judge