IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00315-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERRY JACKSON BENNETT | ) | |
| | ) | |

**THIS MATTER** is before the Court on the counsel for the defendant's Motion for Leave to Supplement, (Doc. No. 171), the defendant's pro se Motion for Compassionate Release, (Doc. No. 161), which he claims follows his request for relief from the warden of his institution. The supplemental motion recites that the government consents to its filing.

**IT IS, THEREFORE, ORDERED** that the Motion for Leave to Supplement, (Doc. No. 171), is **GRANTED**.

**IT IS FURTHER ORDERED** that government shall file a response to the Motion for Compassionate Release, as supplemented, within fourteen (14) days of the entry of this Order.

Signed: July 1, 2020

Robert J. Conrad, Jr.
United States District Judge