IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-CR-315-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| TERRY JACKSON BENNETT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal Response" (Document No. 175) filed July 23, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Government's Response To Defendant's Emergency Motion For Reduction Of Sentence contains sensitive and private information that is inappropriate for public access, including medical records. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Seal Response" (Document No. 175) is **GRANTED**, and the Government's Response To Defendant's Emergency Motion For Reduction Of Sentence (Document No. 176) is sealed until further Order of this Court.

Signed: July 24, 2020

David C. Keesler
United States Magistrate Judge